IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>MAITE CELIS SILVA,<br>*Defendant.* | Case No. 1:24-cr-265-KES-BAM<br>ORDER FOR TEMPORARY RELEASE |

IT IS HEREBY ORDERED that defendant Maite Celis Silva (USMS No. 42854-511) shall be released from Fresno County Jail to the custody of Assistant Federal Defender Laura Myers on Monday, January 6, 2025, at 5:30 p.m. for 30 minutes. Ms. Myers shall stay with Ms. Celis in the public lobby of the Fresno County Jail, and Ms. Celis shall return to custody no later than 6:00 p.m.

IT IS SO ORDERED.

Dated: **January 6, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE