HEATHER E. WILLIAMS, #122664
Federal Defender
LAURA MYERS, IL #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAITE CELIS SILVA

**FILED**
**Jan 06, 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MAITE CELIS SILVA,<br><br>*Defendant.* | Case No. 1:24-cr-265-KES-BAM<br><br>REVISED [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE |

IT IS HEREBY ORDERED that defendant Maite Celis Silva (USMS No. 42854-511) shall be released from Fresno County Jail to the custody of Assistant Federal Defender Laura Myers on Monday, January 6, 2025, at 8:30 p.m. for 60 minutes. Ms. Celis shall return to custody no later than 9:30 p.m.

IT IS SO ORDERED.

Dated:   **Jan 6, 2025**

_____
HONORABLE ERICA P. GROSJEAN
United States Magistrate Judge