1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
MAITE CELIS SILVA
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  |  Case No.  1:24-cr-00265-KES-BAM-2

12 | Plaintiff,  |  **APPLICATION FOR ORDER EXONERATING CASH BOND; ORDER**

13 | vs.

14

15 | MAITE CELIS SILVA,
Defendant.

16

17 |     Defendant Maite Celis Silva hereby moves this court for an order to exonerate the cash

18 | bond posted on her behalf in the above-captioned case.

19 |     On October 24, 2024, a detention hearing was held in this matter. *See* Dkt. #35 and #36.

20 | At the detention hearing, Ms. Celis was ordered detained.

21 |     On October 29, 2024, Ms. Celis filed a Motion to Revoke Order of Detention. *See* Dkt.

22 | #42. On November 4, 2024, her Motion was granted and she was ordered released on a

23 | $20,000.00 cash bond. *See* Dkt #65.  On November 13, 2024, a Cash Bond in the Amount of

24 | $20,000.00 was posted on behalf of Ms. Celis. *See* Dkt #100.

25 |     On November 8, 2024, the government filed a Motion for Reconsideration of Order

26 | Revoking Detention. *See* Dkt #93.  On November 18, 2024, this Court granted the government's

27 | motion and reinstated the previous detention order.  *See* Dkt #116.

28 |     //

Since the original release order was revoked and Ms. Celis remains detained in this matter, Ms. Celis requests that the court exonerate the cash bond and order the $20,000.00 returned by mail to Cecilia Silva Moyla, according to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated: May 14, 2025              Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Laura Myers*
                                           LAURA MYERS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MAITE CELIS SILVA

## **O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the cash bond posted in the amount of $20,000.00 (receipt no. 100003994) in the above-captioned case and return the amount to Cecilia Silva Moyla, who originally posted the bond, and whose mailing address is on file with the Office of the Federal Defender.

IT IS SO ORDERED.

   Dated:   May 16, 2025

                                                 UNITED STATES DISTRICT JUDGE