ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

Aug 21, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
| Plaintiff, | 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery, Bank Larceny, Possession of Stolen Bank Funds, Interstate Transportation of Stolen Goods, and Arson of Commercial Property; |
| v. | 18 U.S.C. § 2113(a) – Bank Robbery (seven counts); |
| 1) ALEX MOYANO MORALES, | 18 U.S.C. § 844(i), 2 – Arson of Commercial Property (four counts); |
| 2) MAITE BELEN CELIS SILVA, | 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| 3) ERIK OSORIO OLIVAREZ, | |
| 4) SERGIO EDUARDO ARAVENA MAUREIRA AKA PABLO ANDRES VALDEZ RODRIGUEZ, | |
| 5) ROSA FRANCISCA BASTIAS SERRA, | |
| 6) CAMILO ANDRES GUZMAN SEPULVEDA AKA CAMILO ANDRES SEPULVEDA GUZMAN, | |
| 7) FRANCISCO ANTONIO MARIN ILABACA AKA BASSIL ALEJANDRO DACOSTA FRIAS, | |
| 8) ALVARO ADRIAN LAGOS MIERIES, | |
| 9) HUMBERTO ANIBAL JIMENEZ MORENO, AND | |
| 10) KEVIN ALEXANDER HIDALGO PACHECO | |
| 11) DIEGO ANANIAS ARELLANO DIAZ AKA FABIO CRISTIAN HERNANDEZ | |
| Defendants. | |

The Grand Jury charges:

At all times material to this Indictment:

1. Wells Fargo Bank, National Association ("Wells Fargo"), was a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

2. Comerica Bank ("Comerica"), was a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

3. The Golden 1 ("Golden 1"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

4. Ventura County ("Ventura County Credit Union"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

5. Educational Employees Credit Union ("EECU"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

6. Wescom Central ("Wescom"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

7. San Diego County ("SDCCU"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

8. OnPoint Community ("OnPoint"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

9. Valley First Credit Union ("Valley First"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

10. Tri Counties Bank "Tri Counties"), was a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

11. Solarity ("Solarity"), was a credit union, the deposits of which were then insured by the National Credit Union Administration.

COUNT ONE:  [18 U.S.C. §§ 371, 2113(a), (b), (c), 2314, 844(i) – Conspiracy to Commit Bank Robbery, Bank Larceny, Possession of Stolen Bank Funds, Interstate Transportation of Stolen Goods, and Arson of Commercial Property]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA
CAMILO ANDRES GUZMAN SEPULVEDA,
FRANCISCO ANTONIO MARIN ILABACA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, and
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

12. The allegations contained in paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein by reference.

13. Beginning at a time unknown, but no later than in or about May 2024, and continuing thereafter until on or about October 30, 2024, in the Counties of Fresno, Kern, Madera, Merced, Placer, Sacramento, San Joaquin, Shasta, Stanislaus, and Sutter, State and Eastern District of California, the Southern District of California, the Central District of California, the District of Oregon, the Eastern District of Washington, the Western District of Washington, and elsewhere, the above-named defendants did knowingly, combine, conspire, confederate, and agree together, with each other, and with persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit:

a) bank robbery, that is, to enter and attempt to enter a building used in whole and in part as a bank and credit union, specifically, buildings used by Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity with intent to commit in such building, and part thereof, so used: 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18, United States Code, Section 2113(a);

b) bank larceny, that is, to take and carry away, with intent to steal and purloin, money exceeding $1,000 belonging to and in the care, custody, control, management and possession of any bank and credit union, specifically, Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity all in violation of Title 18, United States Code, Section 2113(b); and

c)      possession of stolen bank funds, that is, to receive, possess, conceal, and store any property or money or other thing of value which has been taken or stolen from any bank and credit union, specifically, Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity all in violation of Title 18, United States Code, Section 2113(b), knowing the same to be property which had been stolen, all in violation of Title 18, United States Code, Section 2113(c);

d)      transportation, transmission or transfer in interstate and foreign commerce of stolen goods, wares, and merchandise, that is stolen funds and other stolen items, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, all in violation of Title 18, United States Code, Section 2314;

e)      arson, that is, to maliciously damage, destroy, and attempt to damage and destroy, by means of fire and explosive materials real and personal property used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

**Overt Acts**

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of California and elsewhere:

(1)      On or about May 5, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury, in the County of Fresno, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wells Fargo at Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(2)      On that same date, conspirators covered sprinklers with duct tape inside a Wells Fargo building to prevent them from interfering with the use of fire by an oxyacetylene torch.

(3)      On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury used an oxyacetylene

torch to maliciously damage, destroy, and attempt to damage and destroy by means of fire real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(4) On or about May 15, 2024, ALEX MOYANO MORALES, and others known and unknown to the grand jury, in the County of Orange, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Comerica at Anaheim, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(5) On or about May 22, 2024, ALEX MOYANO MORALES, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Sacramento, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 in Citrus Heights, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(6) On that same date, conspirators wrapped a fire alarm with tape inside a Golden 1 building to prevent it from notifying authorities when they used fire.

(7) On that same date, ALEX MOYANO MORALES, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title

1    18 United States Code, Section 844(i) and 2.

2    (8)    On or about May 27, 2024, ALEX MOYANO MORALES, CAMILO ANDRES
3           GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN
4           CELIS SILVA, and others known and unknown to the grand jury, in the County of
5           Sacramento, State and Eastern District of California, did enter and attempt to enter a bank
6           and building used in whole or in part as a bank and credit union, including as an ATM, to
7           wit—Golden 1 at Sacramento, California—with intent to commit in such building, or part
8           thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of
9           Title 18 United States Code Section 2113(b); and aided and abetted to commit the same,
10          all in violation of Title 18 United States Code, Section 2113(a) and 2, including by
11          CAMILO ANDRES GUZMAN SEPULVEDA and ERIK VALENTINO OSORIO
12          OLIVAREZ scouting the ATM before the robbery.

13   (9)    On that same date, conspirators pried open the back door and entered with a torch, and
14          then covered sprinklers with duct tape inside a Golden 1 building to prevent them from
15          interfering with the use of fire by an oxyacetylene torch.

16   (10)   On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN
17          SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS
18          SILVA, and others known and unknown to the grand jury used fire to maliciously
19          damage, destroy, and attempt to damage and destroy real or personal property used in
20          interstate or foreign commerce and used in activity affecting interstate or foreign
21          commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the
22          same, all in violation of Title 18 United States Code, Section 844(i) and 2.

23   (11)   On or about June 1, 2024, ALEX MOYANO MORALES, CAMILO ANDRES
24          GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN
25          CELIS SILVA, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown
26          to the grand jury, in the County of Placer, State and Eastern District of California, did
27          enter and attempt to enter a bank and building used in whole or in part as a bank and
28          credit union, including as an ATM, to wit—Golden 1 at Auburn, California—with intent

to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by CAMILO ANDRES GUZMAN SEPULVEDA and DIEGO ANANIAS ARELLANO DIAZ scouting the ATM before the robbery.

(12) On that same date, conspirators covered sprinklers with duct tape inside a Golden 1 building to prevent them from interfering with the use of fire by an oxyacetylene torch.

(13) On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(14) On or about June 10, 2024, ALEX MOYANO MORALES, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Sacramento, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Elk Grove, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by ERIK VALENTINO OSORIO OLIVAREZ scouting the ATM before the robbery and MAITE BELEN CELIS SILVA renting a short-term rental property in Kern County to use as a staging location.

(15) On or about June 11, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and

unknown to the grand jury, in the County of Merced, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Merced, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by MAITE BELEN CELIS SILVA renting a short-term rental property in Kern County to use as a staging location.

(16)     On or about June 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Ventura, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Ventura County Credit Union at Oxnard, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(17)     On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Ventura County Credit Union; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(18)     On or about June 21, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury, in the County of Fresno, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part

as a bank and credit union, including as an ATM, to wit—EECU at Clovis, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by CAMILO ANDRES GUZMAN SEPULVEDA scouting the ATM before the robbery.

(19)  On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to EECU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(20)  On or about July 4, 2024, ALEX MOYANO MORALES, and others known and unknown to the grand jury, in the County of San Joaquin, State and Eastern District of California, attempted to enter a Loomis Armored Services depot at Stockton, California—with intent to commit in such building a larceny.

(21)  On or about July 10, 2024, ALEX MOYANO MORALES, and others known and unknown to the grand jury, in the County of Fresno, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—EECU at Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(22)  On the same date, conspirators brought a blow torch and two metal fuel tanks into the EECU.

(23)  On or about July 13, 2024, ALEX MOYANO MORALES, and others known and

1  unknown to the grand jury, in the County of Los Angeles, State and Central District of
2  California, did enter and attempt to enter a bank and building used in whole or in part as a
3  bank and credit union, including as an ATM, to wit—Wescom at Lakewood,
4  California—with intent to commit in such building, or part thereof, so used, 1) a larceny;
5  and 2) a felony, specifically bank larceny in violation of Title 18 United States Code
6  Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18
7  United States Code, Section 2113(a) and 2.

8  (24)  On that same date, ALEX MOYANO MORALES, and others known and unknown to the
9  grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy
10  real or personal property used in interstate or foreign commerce and used in activity
11  affecting interstate or foreign commerce, to wit a safe belonging to Wescom; and aided
12  and abetted to commit the same, all in violation of Title 18 United States Code, Section
13  844(i) and 2.

14  (25)  On or about July 20, 2024, ALEX MOYANO MORALES, and others known and
15  unknown to the grand jury, in the County of Los Angeles, State and Central District of
16  California, did enter and attempt to enter a bank and building used in whole or in part as a
17  bank and credit union, including as an ATM, to wit—Wescom at Torrance, California—
18  with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a
19  felony, specifically bank larceny in violation of Title 18 United States Code Section
20  2113(b); and aided and abetted to commit the same, all in violation of Title 18 United
21  States Code, Section 2113(a) and 2.

22  (26)  On or about July 21, 2024, ALEX MOYANO MORALES, CAMILO ANDRES
23  GUZMAN SEPULVEDA, and others known and unknown to the grand jury, in the
24  County of Los Angeles, State and Central District of California, did enter and attempt to
25  enter a bank and building used in whole or in part as a bank and credit union, including as
26  an ATM, to wit—Wescom at Long Beach, California—with intent to commit in such
27  building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny
28  in violation of Title 18 United States Code Section 2113(b); and aided and abetted to

1    commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

2    (27)    On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN

3    SEPULVEDA, and others known and unknown to the grand jury used fire to maliciously

4    damage, destroy, and attempt to damage and destroy real or personal property used in

5    interstate or foreign commerce and used in activity affecting interstate or foreign

6    commerce, to wit a safe belonging to Wescom; and aided and abetted to commit the

7    same, all in violation of Title 18 United States Code, Section 844(i) and 2.

8    (28)    On or about July 24, 2024, ALEX MOYANO MORALES, and others known and

9    unknown to the grand jury, in the County of Orange, State and Central District of

10    California, did enter and attempt to enter a bank and building used in whole or in part as a

11    bank and credit union, including as an ATM, to wit—Wells Fargo at Mission Viejo,

12    California—with intent to commit in such building, or part thereof, so used, 1) a larceny;

13    and 2) a felony, specifically bank larceny in violation of Title 18 United States Code

14    Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18

15    United States Code, Section 2113(a) and 2.

16    (29)    On that same date, ALEX MOYANO MORALES, and others known and unknown to the

17    grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy

18    real or personal property used in interstate or foreign commerce and used in activity

19    affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and

20    aided and abetted to commit the same, all in violation of Title 18 United States Code,

21    Section 844(i) and 2.

22    (30)    On or about July 29, 2024, ALEX MOYANO MORALES, ERIC VALENTINO

23    OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, and others known

24    and unknown to the grand jury, in the County of Riverside, State and Central District of

25    California, did enter and attempt to enter a bank and building used in whole or in part as a

26    bank and credit union, including as an ATM, to wit—SDCCU at Temecula, California—

27    with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a

28    felony, specifically bank larceny in violation of Title 18 United States Code Section

2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(31) On that same date, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to SDCCU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(32) On July 31, 2024, ALEX MOYANO MORALES contacted a co-conspirator and directed that co-conspirator to purchase two tanks of oxygen and one of acetylene.

(33) On or about July 31, 2024, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury, in the County of Riverside, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—SDCCU at Temecula, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(34) On that same date, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to SDCCU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(35) On or about August 25, 2024, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Multnomah, State and District of

Oregon, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—OnPoint at Troutdale, Oregon—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including MAITE BELEN CELIS SILVA renting a short-term rental property in Oregon to use as a staging location.

(36)    On that same date, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to OnPoint; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(37)    On or about August 29, 2024, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Marion, State and District of Oregon, entered a Helzburg Diamonds jewelry store at Woodburn, Oregon—with intent to commit in such building a larceny, and actually stole and carried away Rolex watches which traveled in interstate and foreign commerce.

(38)    On the same date, conspirators covered sensors and alarms with duct tape to avoid being detected when using fire.

(39)    On the same date, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Helzberg Diamonds; and aided and abetted to commit the same, all in violation of Title

1  18 United States Code, Section 844(i) and 2.

2  (40)  On or about August 31, 2024, SERGIO EDUARDO ARAVENA MAUREIRA, and

3  others known and unknown to the grand jury, in the County of San Diego, State and

4  Southern District of California, entered a Ben Bridge Jewelers jewelry store at San

5  Diego, California—with intent to commit in such building a larceny, and actually stole

6  and carried away Rolex watches which traveled in interstate and foreign commerce,

7  including SERGIO EDUARDO ARAVENA MAUREIRA scouting the jewelry store in

8  advance of the burglary and larceny.

9  (41)  On the same date, SERGIO EDUARDO ARAVENA MAUREIRA, and others known

10  and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to

11  damage and destroy real or personal property used in interstate or foreign commerce and

12  used in activity affecting interstate or foreign commerce, to wit a safe belonging to Ben

13  Bridge Jewelers; and aided and abetted to commit the same, all in violation of Title 18

14  United States Code, Section 844(i) and 2.

15  (42)  On or about September 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES

16  GUZMAN SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK

17  VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN

18  ALEXANDER HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES,

19  HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ,

20  and others known and unknown to the grand jury, in the County of Fresno, State and

21  Eastern District of California, did enter and attempt to enter a bank and building used in

22  whole or in part as a bank and credit union, including as an ATM, to wit—Valley First at

23  Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a

24  larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States

25  Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title

26  18 United States Code, Section 2113(a) and 2, including CAMILO ANDRES GUZMAN

27  SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, and SERGIO EDUARDO

28  ARAVENA MAUREIRA scouting before the robbery, KEVIN ALEXANDER

1  HIDALGO PACHECO serving as a lookout during the robbery, persons unknown

2  renting a short-term property rental in Oakhurst, California, ALEX MOYANO

3  MORALES renting a car to transport codefendants to and from the robbery location, and

4  MAITE BELEN CELIS SILVA renting a short-term property rental in Tulare County to

5  use as a staging location.

(43)  On or about September 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES
GUZMAN SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK
VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN
ALEXANDER HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ,
and others known and unknown to the grand jury, in the County of Fresno, State and
Eastern District of California, did enter and attempt to enter a bank and building used in
whole or in part as a bank and credit union, including as an ATM, to wit—EECU at
Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a
larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States
Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title
18 United States Code, Section 2113(a) and 2, including KEVIN ALEXANDER
HIDALGO PACHECO serving as a lookout during the robbery, persons unknown
renting a short-term property rental in Oakhurst, California, ALEX MOYANO
MORALES renting a car to transport codefendants to and from the robbery location, and
MAITE BELEN CELIS SILVA renting a short-term property rental in Tulare County to
use as a staging location.

(44)  On the same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN
SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK VALENTINO
OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN ALEXANDER
HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO
ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others
known and unknown to the grand jury used fire to maliciously damage, destroy, and

1  attempt to damage and destroy real or personal property used in interstate or foreign

2  commerce and used in activity affecting interstate or foreign commerce, to wit a safe

3  belonging to EECU; and aided and abetted to commit the same, all in violation of Title

4  18 United States Code, Section 844(i) and 2.

5  (45)  On or about September 18, 2024, ALEX MOYANO MORALES, MAITE CELIS

6  SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA

7  MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN

8  SEPULVEDA, KEVIN ALEXANDER HIDALGO PACHECO, MAITE BELEN CELIS

9  SILVA, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ

10  MORENO, DIEGO ANANIAS ARELLANO DIAZ and others known and unknown to

11  the grand jury, in the County of Stanislaus, State and Eastern District of California, did

12  enter and attempt to enter a bank and building used in whole or in part as a bank and

13  credit union, including as an ATM, to wit—Wells Fargo at Modesto, California—with

14  intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony,

15  specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and

16  aided and abetted to commit the same, all in violation of Title 18 United States Code,

17  Section 2113(a) and 2, including but not limited to CAMILO ANDRES GUZMAN

18  SEPULVEDA, ROSA FRANCISCA BASTIAS SERRA, SERGIO EDUARDO

19  ARAVENA MAUREIRA, and ERIK VALENTINO OSORIO OLIVAREZ scouting

20  before the robbery, ALEX MOYANO MORALES renting a car to transport codefendants

21  to and from the robbery location, MAITE BELEN CELIS SILVA renting a short-term

22  property rental in Stanislaus County to use as a staging location.

23  (46)  On the same date, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK

24  VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA,

25  ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN

26  SEPULVEDA, KEVIN ALEXANDER HIDALGO PACHECO, MAITE BELEN CELIS

27  SILVA, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ

28  MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to

the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(47) On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Placer, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Roseville, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, CAMILO ANDRES GUZMAN SEPULVEDA and KEVIN ALEXANDER HIDALGO PACHECO scouting before the robbery, ROSA FRANCISCA BASTIAS SERRA acting as a lookout during the robbery, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(48) On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO

ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Placer, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Rocklin, California—with intent to commit in such building, or part thereof, so used, .1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, CAMILO ANDRES GUZMAN SEPULVEDA scouting before the robbery, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(49) On the same date, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(50) On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, and others known and unknown to the grand jury, in the County of Sutter, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part

as a bank and credit union, including as an ATM, to wit—Golden 1 at Yuba City, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(51) On September 24 and 25, 2024, ERIK VALENTINO OSORIO OLIVAREZ, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, moved tool bags and cases in and out of a shot-term rental property rented by MAITE BELEN CELIS SILVA in Mt. Shasta, California.

(52) On or about September 27 and 28, 2024, ERIK VALENTINO OSORIO OLIVAREZ, MAITE CELIS SILVA, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN ILABACA, and others known and unknown to the grand jury, in the County of Sutter, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Tri Counties at Falls River Mills, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to CAMILO ANDRES GUZMAN SEPULVEDA and ERIC VALENTINO OSORIO OLIVAREZ scouting in advance of the robberies; and MAITE BELEN CELIS SILVA renting a short-term property rental in

1     Mount Shasta to use as a staging location for scouting.

2 (53)   On the same dates, conspirators transported a Husky tool case containing

3     oxygen/acetylene tanks and blow torch equipment into Tri Counties.

4 (54)   On the same dates, ERIK VALENTINO OSORIO OLIVAREZ, MAITE CELIS SILVA,

5     SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS

6     SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS

7     MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO

8     MARIN ILABACA, and others known and unknown to the grand jury used fire to

9     maliciously damage, destroy, and attempt to damage and destroy real or personal

10     property used in interstate or foreign commerce and used in activity affecting interstate or

11     foreign commerce, to wit a safe belonging to Tri Counties; and aided and abetted to

12     commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

13 (55)   On or about October 6, 2024, CAMILO ANDRES GUZMAN SEPULVEDA,

14     HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN

15     ILABACA, and others known and unknown to the grand jury, in the District of Oregon,

16     did enter and attempt to enter a bank and building used in whole or in part as a bank and

17     credit union, including as an ATM, to wit—OnPoint Community Credit Union in Lake

18     Oswego, Oregon—with intent to commit in such building, or part thereof, so used, 1) a

19     larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States

20     Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title

21     18 United States Code, Section 2113(a) and 2.

22 (56)   On or about October 13, 2024, CAMILO ANDRES GUZMAN SEPULVEDA,

23     HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN

24     ILABACA, and others known and unknown to the grand jury, in the Eastern District of

25     Washington, did enter and attempt to enter a bank and building used in whole or in part

26     as a bank and credit union, including as an ATM, to wit—the Solarity Credit Union in

27     Yakima, Washington— with intent to commit in such building, or part thereof, so used,

28     1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United

1 States Code Section 2113(b); and aided and abetted to commit the same, all in violation

2 of Title 18 United States Code, Section 2113(a) and 2, including but not limited to

3 CAMILO ANDRES GUZMAN SEPULVEDA scouting in advance of the robbery.

4 (57) On the same date, CAMILO ANDRES GUZMAN SEPULVEDA, HUMBERTO

5 ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN ILABACA, and

6 others known and unknown to the grand jury used fire to maliciously damage, destroy,

7 and attempt to damage and destroy real or personal property used in interstate or foreign

8 commerce and used in activity affecting interstate or foreign commerce, to wit a safe

9 belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title

10 18 United States Code, Section 844(i) and 2.

11 (58) On or about October 18, 2024, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA

12 FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA,

13 FRANCISCO ANTONIO MARIN ILABACA, and others known and unknown to the

14 grand jury, in the District of Oregon, used a short term rental property in Welches,

15 Oregon as a location to store robbery tools, including oxygen/acetylene tanks and blow

16 torch equipment, in preparation for a robbery of an unknown bank or credit union.

17 (59) On or about October 30, 2024, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO

18 ANIBAL JIMENEZ MORENO, and others known and unknown to the grand jury, in the

19 Western District of Washington, used a short term rental property in Baring, Washington

20 as a location to store robbery tools, including oxygen/acetylene tanks and blow torch

21 equipment, in preparation for a robbery of an unknown bank or credit union.

22 All in violation of Title 18, United States Code, Sections 371, 2113(a), 2113(b), 2113(c), 2314, 844(i).

23 COUNT TWO: [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

24 The Grand Jury further charges: T H A T

25 ALEX MOYANO MORALES,
MAITE CELIS SILVA,

26 ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,

27 CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,

28 HUMBERTO ANIBAL JIMENEZ MORENO,

KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

      14.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

      15.    On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Valley First at Fresno, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT THREE:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

      The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

      16.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

      17.    On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—EECU at Fresno, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in

violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT FOUR:  [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,<br>
ERIK OSORIO OLIVAREZ,<br>
SERGIO EDUARDO ARAVENA MAUREIRA,<br>
CAMILO ANDRES GUZMAN SEPULVEDA,<br>
ALVARO ADRIAN LAGOS MIERIES,<br>
HUMBERTO ANIBAL JIMENEZ MORENO,<br>
KEVIN ALEXANDER HIDALGO PACHECO, AND<br>
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

18.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

19.     On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to EECU at Fresno, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT FIVE:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,<br>
MAITE CELIS SILVA,<br>
ERIK OSORIO OLIVAREZ,<br>
SERGIO EDUARDO ARAVENA MAUREIRA,<br>
ROSA FRANCISCA BASTIAS SERRA,<br>
CAMILO ANDRES GUZMAN SEPULVEDA,<br>
ALVARO ADRIAN LAGOS MIERIES,<br>
HUMBERTO ANIBAL JIMENEZ MORENO,<br>
KEVIN ALEXANDER HIDALGO PACHECO, AND<br>
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

20.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

21.     On or about September 18, 2024, in the County of Stanislaus, State and Eastern District

of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wells Fargo at Modesto, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT SIX:  [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

22.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

23.    On or about September 18, 2024, in the County of Stanislaus, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Wells Fargo at Modesto, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT SEVEN:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,

HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

24.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

25.     On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Roseville, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT EIGHT:   [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

26.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

27.     On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Rocklin, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all

in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT NINE:  [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

      The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,<br>
ERIK OSORIO OLIVAREZ,<br>
SERGIO EDUARDO ARAVENA MAUREIRA,<br>
ROSA FRANCISCA BASTIAS SERRA,<br>
CAMILO ANDRES GUZMAN SEPULVEDA,<br>
ALVARO ADRIAN LAGOS MIERIES,<br>
HUMBERTO ANIBAL JIMENEZ MORENO,<br>
KEVIN ALEXANDER HIDALGO PACHECO, AND<br>
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

      28.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

      29.    On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Golden 1 at Rocklin, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT TEN:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

      The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,<br>
MAITE CELIS SILVA,<br>
ERIK OSORIO OLIVAREZ,<br>
SERGIO EDUARDO ARAVENA MAUREIRA,<br>
ROSA FRANCISCA BASTIAS SERRA,<br>
CAMILO ANDRES GUZMAN SEPULVEDA,<br>
ALVARO ADRIAN LAGOS MIERIES,<br>
HUMBERTO ANIBAL JIMENEZ MORENO,<br>
KEVIN ALEXANDER HIDALGO PACHECO, AND<br>
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

      30.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

      31.    On or about September 22, 2024, in the County of Sutter, State and Eastern District of

California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Yuba City, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT ELEVEN: [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO, AND
FRANCISCO ANTONIO MARIN ILABACA,

defendants herein, as follows:

32.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

33.     On or about September 27 and 28, 2024, in the County of Shasta, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Tri Counties Bank at Falls River Mills, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT TWELVE: [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,

CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES, AND
HUMBERTO ANIBAL JIMENEZ MORENO,

defendants herein, as follows:

34.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

35.     On or about September 27 and 28, 2024, in the County of Sutter, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Tri Counties at Falls River Mills, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

FORFEITURE ALLEGATION:  [18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.     Upon conviction of the offenses alleged in Counts One through Twelve of this Superseding Indictment, defendants ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, FRANCISCO ANTONIO MARIN ILABACA aka BASSIL DACOSTA FRIAS, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, KEVIN ALEXANDER HIDALGO PACHECO, and DIEGO ANANIAS ARELLANO DIAZ shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2861(c), any property, real or personal, constituting or derived from proceeds traceable to said violations, including, but not limited to:

        a.  A sum of money equal to the amount of proceeds traceable to such offenses, for which defendants are convicted.

2.     Upon conviction of the offenses alleged in Counts Two, Three, Five, Seven, Eight, Ten, and Eleven of this Superseding Indictment, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, FRANCISCO ANTONIO MARIN

ILABACA aka BASSIL DACOSTA FRIAS, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, KEVIN ALEXANDER HIDALGO PACHECO, and DIEGO ANANIAS ARELLANO DIAZ shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing or willful violation.

       3.     If any property subject to forfeiture, as a result of the offenses alleged in this Superseding Indictment

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficult,

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(a), to seek forfeiture of any other property of said defendants up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____

FOREPERSON

ERIC GRANT
_____
ERIC GRANT
United States Attorney