*No.* 1:24-CR-00265-KES-BAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*
*Criminal Division*

**FILED**
Aug 21, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## THE UNITED STATES OF AMERICA

vs.

ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ, PABLO ANDRES VALDEZ RODRIGUEZ, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES SEPULVEDA GUZMAN, BASSIL ALEJANDRO DACOSTA FRIAS, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, KEVIN ALEXANDER HIDALGO PACHECO, AND DIEGO ANANIAS ARELLANO DIAZ aka FABIO CRISTIAN HERNANDEZ

## S U P E R S E D I N G   I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery, Bank Larceny, Possession of Stolen Bank Funds, Interstate Transportation of Stolen Goods, and Arson of Commercial Property; 18 U.S.C. § 2113(a) – Bank Robbery (seven counts); 18 U.S.C. § 844(i), 2 – Arson of Commercial Property (four counts); 18 U.S.C. § 844(h), 2 – Arson in Furtherance of a Federal Felony (four counts); 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/S/
———————————————————
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

B. McAuliffe                    8/21/25
———————————————————
*Clerk.*

*Bail, $* ___ PLEASE ISSUE NO-BAIL WARRANTS HIDGALGO PACHECO AND ARELLANO DIAZ; AS PREVIOUSLY SET FOR ALL REMAINING DEFENDANTS

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-cr-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
▶ ALEX MOYANO MORALES

Address:

Birth Date:
☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant
1:24-CR-00265-KES-BAM

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo.   Day   Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
Mo.   Day   Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☑ NO

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-cr-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

MAITE CELIS SILVA

Address:

Birth Date: (Optional unless a juvenile)

■ Male  ☐ Female  ☐ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant
1:24CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal  Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Next Court Date is: status conference on August 27, 2025 at 1pm

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☑ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
▶ ERIK OSORIO OLIVAREZ

Address:

Birth Date: 
■ Male   ☐ Alien
☐ Female   (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant
1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
■ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ PABLO ANDRES VALDEZ RODRIGUEZ

Address

Birth Date
(Optional unless a juvenile)

■ Male ☐ Alien
☐ Female (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant
1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on
THIS FORM    STACEY MEDINA

■ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
                            ☐ No
                                 Mo.   Day   Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
                                 Mo.   Day   Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024) | **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO | PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant: 1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
■ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT - - U.S. vs.**
▶ ROSA FRANCISCA BASTIAS SERRA

Address:

Birth Date:
☐ Male  ☐ Alien
■ Female (if applicable)

(Optional unless a juvenile)

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes   If "Yes," give date filed
☐ No
Mo. Day Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict)   YES ☐   NO ☑

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ CAMILO ANDRES SEPULVEDA GUZMAN

Address:

Birth Date:

■ Male  ☐ Alien (if applicable)
☐ Female

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense
■ this prosecution relates to a pending case involving this same defendant

1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under ▶   MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
                          ☐ No
                          Mo.   Day   Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
                          Mo.   Day   Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
▶ BASSIL ALEJANDRO DACOSTA FRIAS

Address:

Birth Date:

■ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant
1:25-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

---

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
■ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City): **EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ ALVARO ADRIAN LAGOS MIERIES

Address:

Birth Date: 

■ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant: 1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict)  ☐ YES  ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ HUMBERTO ANIBAL JIMENEZ MORENO

Address:

Birth Date:

☑ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
    SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

1:24-CR-00265

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

▶ MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)     Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☒ NO     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ KEVIN ALEXANDER HIDALGO PACHECO

Address:

Birth Date: (Optional unless a juvenile)

☒ Male ☐ Alien (if applicable)
☐ Female

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☒ **FORFEITURE ALLEGATION**

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. / Day / Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY** ▷ Mo. / Day / Year

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO-BAIL WARRANT

AO 257
(CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense
FRESNO, STANISLAUS, PLACER,
SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ DIEGO ANANIAS ARELLANO DIAZ-AKA FABIO

Address: CRISTIAN HERNANDEZ

Birth Date: 
■ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
▶ MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM: STACEY MEDINA

■ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ■ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes — If "Yes," give date filed
☐ No
Mo. Day Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO-BAIL WARRANT

## United States v. ALEX MOYANO, et al.
**Penalties for Superseding Indictment**

**COUNT 1:**          **ALL DEFENDANTS**

VIOLATION:       18 USC § 371
Conspiracy to Commit Bank Robbery

PENALTIES:       Maximum of 5 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**          **MOYANO, CELIS, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:       18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:       Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 3:**          **MOYANO, CELIS, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:       18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:       Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 4:**          **MOYANO, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:       18 USC §§ 844(i) and 2
Arson of Commercial Property

PENALTIES:       Mandatory minimum of 5 years and a Maximum of 20 years in prison

Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 5:**    **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:   18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:   Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 6:**   **MOYANO, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:   18 USC §§ 844(i) and 2
Arson of Commercial Property

PENALTIES:   Mandatory minimum of 5 years and a Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 7:**   **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:   18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:   Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 8:**   **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:   18 USC §§ 2113(a) and 2

Bank Robbery and Aiding and Abetting

PENALTIES:    Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 9:**    **MOYANO, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:    18 USC §§ 844(i) and 2
Arson of Commercial Property

PENALTIES:    Mandatory minimum of 5 years and a Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 10:**    **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:    18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:    Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 11:**    **CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, MARIN**

VIOLATION:    18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:    Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

| | |
|---|---|
| **COUNT 12:** | **OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ** |
| VIOLATION: | 18 USC §§ 844(i) and 2<br>Arson of Commercial Property |
| PENALTIES: | Mandatory minimum of 5 years and a Maximum of 20 years in prison,<br>Fine of up to $250,000; or both fine and imprisonment<br>3 years supervised release |

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:   ALL DEFENDANTS**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 924(d)(1),  28 U.S.C. § 2461(c) - Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |