ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-EPG |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MAITE BELEN CELIS SILVA, | COURT: Hon. Erica P. Grosjean |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference. The parties agree to vacate the upcoming status conference as to this defendant and set the case for a change of plea hearing on February 9, 2026. Time has previously been excluded beyond that date, so no further time exclusion is necessary. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  January 27, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  January 27, 2026

/s/ Laura Myers
Laura Myers
Counsel for Defendant
Maite Celis Silva

**ORDER**

IT IS SO ORDERED that the status conference set for May 13, 2026, is vacated. A change of plea hearing is set for **February 9, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2