ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00265-KES-BAM |
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING |
| v. | |
| MAITE CELIS SILVA, | |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for sentencing on June 4, 2026.

2.      Probation needs additional time to resolve informal objections to sentencing. The parties have agreed to reset sentencing for June 29, 2026.  Probation has been consulted and has no objection to the new date.

3.      No exclusion of time is required as this matter concerns sentencing.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

1

Dated:  May 14, 2026

ERIC GRANT
United States Attorney


/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney


Dated:  May 14, 2026

/s/ Laura Myers
Laura Myers
Counsel for Defendant
Maite CELIS SILVA


## ORDER

IT IS SO ORDERED that sentencing set for June 4, 2026, be reset for **June 29, 2026, at 9:30 AM** before the Hon. Kirk E. Sherriff.


IT IS SO ORDERED.

Dated:   May 18, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

2