ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00265-KES-EPG |
| Plaintiff, | U.S. SENTENCING MEMORANDUM |
| v. | |
| MAITE CELIS SILVA, | |
| Defendant. | |

The United States of America recommends a low-end sentence of 41 months for defendant CELIS, consistent with the plea agreement.

**I.       Defendant's formal objections**

Defendant objects to the guidelines calculation involving a fraudulent scheme. The Government agrees with Defendant that this offense did not involve a common-law fraud scheme, and thus the enhancement does not squarely apply to the conduct in this case.

The Government does not oppose Defendant's proposed correction to ¶ 102.

However, the Government does oppose Defendant's objections to Proposed Special Conditions 4 and 7. Both are reasonably related to the sentencing factors; the evidence in this case links Defendant to electronic transfers of money to co-conspirators overseas, and included evidence of such transfers on her electronic devices. *See* ECF 93. And in her residence, she had cell phone jammers. PSR ¶ 32. Given

SENTENCING MEMORANDUM                                    1

these facts, warrantless financial and electronic search is appropriate.

## II.     A low end sentence is appropriate

The Government believes a low-end sentence of 41 months is the appropriate sentence in this case. The scope and loss of Defendant's crimes is substantial. And significantly, in her interview with Probation she continued to substantially minimize her behavior, demonstrating a lack of responsibility for her offenses. PSR ¶ 40-44. Photos and recordings show her glorifying the bank robbery conduct of her co-defendants. PSR ¶ 24. Still, Defendant has mitigating circumstances, including her youth and lack of criminal history. While some of these were reflected in the minor role adjustment in the case, when balancing her mitigating circumstances and her substantial conduct, a low-end term is appropriate.

Dated:  June 23, 2026

ERIC GRANT
United States Attorney

By:  /s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys

SENTENCING MEMORANDUM

2