ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
ELISA M. RODRIGUEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-EPG |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MAITE BELEN CELIS SILVA, and FRANCISCO ANTONIO MARIN ILABACA, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Maite Belen Celis Silva and Francisco Antonio Marin Ilabaca, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.     Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendants Maite Belen Celis Silva and Francisco Antonio Marin Ilabaca's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a. Approximately $19,750.00 in U.S. Currency, plus all accrued interest,
  b. Approximately $5,020.83 in U.S. Currency, plus all accrued interest,
  c. Approximately $3,800.00 in U.S. Currency, plus all accrued interest,
  d. Approximately $3,041.00 in U.S. Currency, plus all accrued interest,
  e. Approximately $2,808.00 in U.S. Currency, plus all accrued interest,
  f. Approximately $2,000.00 in U.S. Currency, plus all accrued interest,
  g. Approximately $1,519.00 in U.S. Currency, plus all accrued interest.
  h. Approximately $1,000.00 in U.S. Currency, plus all accrued interest,
  i. Approximately $640.00 in U.S. Currency, plus all accrued interest,

1

j.     Approximately \$175.00 in U.S. Currency, plus all accrued interest,

k.     Approximately \$112.00 in U.S. Currency, plus all accrued interest,

l.     Motorola cellphone with SIM card 8901260637977721245F,

m.     Motorola cellphone with SIM card 8901260637933233236F,

n.     Motorola cellphone with SIM card 8901260634904393495F,

o.     Motorola cellphone with SIM card 8901260634924823737F,

p.     Motorola Moto G56-2024, model XT2417-1, Serial Number: ZN3222CZSR,

q.     Motorola Moto G56-2024, model XT2414-1, Serial Number: ZY22JSN6Z4,

r.     Motorola cellphone, no Serial Number,

s.     Apple iPhone 8, IMEI: 355143725433618,

t.     Apple iPhone, model MYW53LL/A, Serial Number: J7PH2MD2KW,

u.     Apple iPhone 16 ProMax, model MYW63LL/A, Serial Number: H6XQ56R2G9,

v.     Apple iPhone, no Serial Number,

w.     Apple iPad Air, model A2902, Serial Number: M39J96NPQK,

x.     T-Mobile cellphone, model TMRV0756, Serial Number: BS88523AA1452001383,

y.     Signal jammer, Serial Number: C2406906,

z.     Signal jammer, Serial Number: C2406902,

aa.     Signal jammer, Serial Number: C2406734,

bb.     All miscellaneous suitcases, backpacks, and clothing items seized from 819 NW 50th Street, Seattle, Washington,

cc.     All miscellaneous pieces of jewelry and watch seized from 819 NW 50th Street, Seattle, Washington, and

dd.     All electronic items, including cellular phones, tablets, and walkie talkies seized from 819 NW 50th Street, Seattle, Washinton

2.     The above-listed property constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 371 and 2113(a).

3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.     a.     Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30

days from receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   June 25, 2026

                          UNITED STATES DISTRICT JUDGE