HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MAITE CELIS SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:24-cr-265-KES-EPG |
|---|---|
| *Plaintiff,* | |
| vs. | ORDER FOR RELEASE |
| MAITE CELIS SILVA, | |
| *Defendant.* | |

On June 29, 2026, the Court sentenced the defendant to a term of custody of time served. Accordingly, IT IS HEREBY ORDERED that defendant Maite Celis Silva (USMS No. 42854-511) shall be immediately released.

IT IS SO ORDERED.

Dated:    June 29, 2026

_____
UNITED STATES DISTRICT JUDGE